UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION-CLEVELAND

--------------------------------------------------------------------------x

Michael Pollak                                                    Civil Action No:
                                                                  1:19-cv-01863

                              Plaintiff,




              -v.-

Bank of America, N.A.

                              Defendants.
--------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

    Notice is hereby given that the parties have settled this matter.  The parties anticipate

completing settlement documents and filing a dismissal with the Court within the next sixty (60)

days.  The parties request that the Court retain jurisdiction of this case during said sixty (60) day

period.


DATED, this 16th day of December, 2019

                                        /s/Amichai Zukowsky
                                        Amichai Zukowsky, Esq.
                                        **Zukowsky Law, LLC**
                                        23811 Chagrin Blvd Suite 160
                                        Beachwood, OH 44122
                                        Ph: 216-800-5529
                                        ami@zukowskylaw.com

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on December 16, 2019 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Amichai Zukowsky*
Amichai Zukowsky