UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION-CLEVELAND

MICHAEL POLLAK
    Plaintiff,

    v.                                         CASE NO.: **1:19-cv-1863**

BANK OF AMERICA, N.A.
    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** January 30, 2020

| For Plaintiff Michael Pollak | For Defendant Bank of America, N.A. |
|---|---|
| */s/ Amichai Eitan Zukowsky*<br>Amichai Eitan Zukowsky<br>Zukowsky Law, LLC<br>23811 Chagrin Blvd., Ste. 160<br>Beachwood, OH 44122<br>216-800-5529<br>ami@zukowskylaw.com | */s/ Bryan T. Kostura*<br>Bryan T. Kostura<br>McGlinchey Stafford- Cleveland<br>3401 Tuttle Rd Ste 200<br>Cleveland, OH 44122<br>216-378-9905<br>bkostura@mcglinchey.com |
| | |

## CERTIFICATE OF SERVICE

I certify that on January 30, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Amichai Eitan Zukowsky*
> Amichai Eitan Zukowsky
> **Zukowsky Law LLC**
> 23811 Chagrin Blvd., Ste. 160
> Beachwood, OH 44122
> *Attorneys for Plaintiff*