UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL POLLAK | ) | CASE NO. : 1:19 CV 1863 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

Counsel has notified the Court that the above captioned case may be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the parties have filed a Joint Stipulation of Dismissal (ECF #15). Therefore, this case is dismissed with prejudice. Parties may file any additional documentation evidencing the settlement within 30 days of the entry of this Order

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: February 4, 2020